UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ON MARK OIL & GAS, LLC            CIVIL ACTION NO. 08-cv-0540

VERSUS            JUDGE HICKS

ARK-LA-TEX WELL SERVICE,            MAGISTRATE JUDGE HORNSBY
LLC, ET AL

**MEMORANDUM ORDER**

    Ark-La-Tex Well Service removed this action based on an assertion of diversity jurisdiction. As the removing party, Ark-La-Tex bears the burden of establishing the facts necessary to ensure the presence of subject matter jurisdiction. The allegations with respect to the amount in controversy appear to be adequate, and the citizenship of Bituminous Casualty Corporation is set forth in a correct fashion, but Ark-La-Tex has not correctly set forth its own citizenship or that of the plaintiff On Mark Oil & Gas, LLC.

    Ark-La-Tex has pleaded the citizenship of those LLC's as if they were corporations, but the rules for LLC's are different. See Buddy Albin Const. & Elec. Co., LLC v. Ambling Const. Co., LLC, 2008 WL 161922 (W.D. La. 2008). Ark-La-Tex should review those rules and file an amended notice of removal by May 9, 2008 that sets forth the facts necessary to ensure the presence of subject matter jurisdiction.

    Ark-La-Tex is granted leave to conduct discovery, if necessary, to learn the identity and citizenship of the members of the Plaintiff LLC. Formal discovery on this issue is often unnecessary because counsel for an LLC or other entity will voluntarily provide opposing

counsel with the necessary information, and the court encourages such cooperation in this case. If Ark-La-Tex has to pursue formal discovery to learn the information necessary to plead the citizenship of Plaintiff, it may request more time to file its amended notice of removal.

      THUS DONE AND SIGNED in Shreveport, Louisiana, this 22nd day of April, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE